IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:14cv619-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ON MOTION

The petitioner's motion for status (Doc. No. 6) is GRANTED as provided.

The petitioner requests to be informed of the status of a "pending Motion pursuant to Rule 52" he says he filed with this court. The petitioner is advised that the court's records do not reflect the receipt or docketing of any "Motion pursuant to Rule 52" filed by the petitioner, in either Civil Action No. 2:14cv619-MHT or Civil Action No. 2:10cv1106.

Done this 15th day of July, 2014.

_____/s/ Wallace Capel, Jr._____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE